IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kevin Venable

    Plaintiff(s)

vs.

The May Department Stores Company
d/b/a Hecht's, et al

    Defendant(s)

Civil Action No. __H00CV1166__

✓ FEE PAID

___ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Charles F. Fuller__ Esquire a member of the Bar of this court, moves the admission of __Betty Thorne Tierney__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Defendants Hecht's and Dawson__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of ____

See Attachment

and/or the following United States Court(s): __See Attachment__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6/98

SEP 1 8 2000

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

__Charles F. Fuller__ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: *[signature]*
Signature

4000 Mitchellville Rd., Suite 222-B
Address

Bowie, MD 20716

301-805-6080
Office phone number

301-805-6086
Fax number

05557
Md. U. S. District Court Number

PROPOSED ADMITTEE: *[signature: Betty Thorne Tierney]*
Signature

611 Olive Street, Suite 1750
Address

St. Louis, MO 63101

314-342-6728
Office phone number

314-342-6384
Fax number

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

Sept. 29, 2000
Dated

*[signature: Alexander Harvey]*
Judge, U. S. District Court

## **ATTACHMENT**

I was admitted to practice before the Missouri Supreme Court on September 28, 1990. I was also admitted to practice before the Illinois Supreme Court on May 9, 1991; the United States District Court for the Eastern District of Missouri on March 12, 1991; the United States District Court for the Southern District of Illinois on January 13, 1993; the United States Court of Appeals for the Seventh Circuit on July 9, 1993; the United States Court of Appeals for the Fifth Circuit on September 11, 1995; the United States Court of Appeals for the Eleventh Circuit on October 19, 1999; the United States Court of Appeals for the Eighth Circuit on August 16, 1999; and the United States Court of Appeals for the Sixth Circuit on March 23, 2000.