Oct-13-00 03:18P McCHESNEY & DALE, PC    301-      -6086    P.03

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEVIN VENABLE, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: H00CV1166 |
| THE MAY DEPARTMENT STORES COMPANY, d/b/a HECHT'S, et. al., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff dismisses with prejudice all claims against Defendant Avery Dawson.

Respectfully submitted,

**NORRIS C. RAMSEY, P.A.**

By: *Norris C. Ramsey*
Norris C. Ramsey
2122 Maryland Avenue
Baltimore, MD 21218
(410) 752-1646
Counsel for Plaintiff

**MCCHESNEY & DALE, P.C.**

By: *Charles F. Fuller*
Charles F. Fuller
4000 Mitchellville Road
Suite B222
Bowie, MD 20716
(301) 805-6080
Counsel for Defendants

APPROVED this 19th day of October, 2000

*Alexander Harvey II*
Senior United States District Judge

Oct-13-00 03:18P McC    SNEY & DALE, PC           301-1  ,-6086              P.04

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed first class, postage prepaid, this 17th day of October 2000, to:

Norris C. Ramsey, Esquire
Norris C. Ramsey, P.A.
2122 Maryland Avenue
Baltimore, MD 21218

_____
CHARLES F. FULLER

VMD Client Li May - Venable Stipulation of Dismissal With Prejudice.doc

2