Oct-17-00 11:57A McCHESNEY & DALE, PC        301-  /5-6086            P.02

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEVIN VENABLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: H00CV1166 |
| | ) | |
| THE MAY DEPARTMENT STORES | ) | |
| COMPANY, d/b/a HECHT'S, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### LINE OF DISMISSAL WITH PREJUDICE

The Clerk of the Court will please enter the claims between Plaintiff and Defendant, The May Department Stores Company d/b/a Hecht's, as "settled and dismissed with prejudice".

Respectfully submitted,

NORRIS C. RAMSEY, P.A.

Norris C. Ramsey
2122 Maryland Avenue
Baltimore, MD 21218
(410) 752-1646
Counsel for Plaintiff

MCCHESNEY & DALE, P.C.

By: Charles F. Fuller
Charles F. Fuller
4000 Mitchellville Road
Suite B222
Bowie, MD 20716
(301) 805-6080
Counsel for Defendants

APPROVED this 19TH day of October, 2000

Alexander Harvey II
Senior United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Line was mailed first class, postage prepaid, this 17th day of October 2000, to:

Norris C. Ramsey, Esquire
Norris C. Ramsey, P.A.
2122 Maryland Avenue
Baltimore, MD 21218

CHARLES F. FULLER

(MDXclient_LitoMay v. Venable Line of Dismissal With Prejudice 101300 doc)

2